William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 2 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENT KIMBERLING,

Defendant.

**2:20-CR-6-WFN**

INDICTMENT

Vio: 26 U.S.C. §§ 5841, 5861(d), 5871
Possession of Unregistered
Destructive Devices

Forfeiture Allegation
18 U.S.C. § 924, 49 U.S.C.
§ 80303, 26 U.S.C. § 5872, 28
U.S.C. §2461

The Grand Jury charges:

On or about August 6, 2019, in the Eastern District of Washington, the Defendant, KENT KIMBERLING, did knowingly possess a firearm, to wit:

- a red, white, and blue, cannon destructive device having a bore diameter in excess of one-half inch; and
- an improvised explosive projectile further described as a small metal compressed carbon dioxide gas cartridge and soda can;

not registered to the Defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), 5871.

INDICTMENT - 1

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon

conviction of an offense in violation of 26 U.S.C. §§ 5841, 5861(d), 5871, as set forth

in this Indictment, the Defendant, KENT KIMBERLING, shall forfeit to the United

States of America, any property involved or used in the commission of the offense,

including, but not limited to the following:

- a red, white, and blue, cannon destructive device having a bore diameter in
  excess of one-half inch; and
- an improvised explosive projectile further described as a small metal
  compressed carbon dioxide gas cartridge and soda can.


Dated: January 22, 2020.

A TRUE BILL

_Joseph Harrington for:_

William D. Hyslop
United States Attorney

_Patrick J. Cashman_
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT - 2