PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 2 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

DEFENDANT NAME:  **KENT KIMBERLING**

TOTAL NO. COUNTS:  1

**VIO: 26 U.S.C. §§ 5841, 5861(d), 5871**
   **Possession of Unregistered Destructive Devices**

PENALTY:  **CAG not more than 10 years;**
   **and/or $10,000 fine;**
   **not more than 3 years supervised release;**
   **a $100 special penalty assessment**

Notice of Criminal Forfeiture Allegations:
18 U.S.C. § 924, 49 U.S.C. § 80303, 26 U.S.C. § 5872, 28 U.S.C. §2461

CASE NO.  **2:20-CR-6-WFN-1**

AUSA INITIAL  PJC

Penalty slip.dotm