

Molly M. Winston
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Kent Wade Kimberling

United States District Court
Eastern District of Washington
Honorable Wm. Fremming Nielsen

| | |
|---|---|
| United States of America, | No. 2:20-CR-006-WFN-1 |
| Plaintiff, | PSIR Objections |
| v. | |
| Kent Wade Kimberling, | |
| Defendant. | |

On May 18, 2021, the U.S. Probation Office disclosed the draft PSIR.[1] Kent Wade Kimberling reviewed the report, identified issues, but resolved those issues informally with U.S. Probation. Specifically, Mr. Kimberling does not agree with the totality of the factual basis for a criminal conviction as described in paragraphs 102-112; it is anticipated the final presentence investigation report will reflect Mr. Kimberling's disagreement. As a result, there are no formal objections.

Dated: June 1, 2021.

        Federal Defenders of Eastern Washington & Idaho
        Attorneys for Kent Wade Kimberling

        <u>s/ Molly M. Winston</u>
        Molly M. Winston WSBA #50416
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        509.624.7606
        molly_winston@fd.org

---

[1] ECF No. 58.

PSIR Objections
– 1 –

Service Certificate

I certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Patrick Cashman.

<u>s/ Molly M. Winston</u>
Molly M. Winston WSBA #50416
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
molly_winston@fd.org